```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20464
    LARTEES R STUBBLEFIELD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6387


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/01/2007 and was confirmed 01/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          1794.35           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED           632.52           .00            .00
CHASE AUTO FINANCE         SECURED VEHIC     11144.00        424.05         576.91
CHASE AUTO FINANCE         UNSECURED         10005.71           .00            .00
CONSECO FINANCE            CURRENT MORTG         .00            .00            .00
COOK COUNTY TREASURER      SECURED NOT I         .00            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          1082.90           .00            .00
CAPITAL ONE                UNSECURED           724.36           .00            .00
CCA                        UNSECURED        NOT FILED           .00            .00
CCA                        UNSECURED        NOT FILED           .00            .00
CCA                        UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          1090.00           .00            .00
COLUMBUS BANK & TRUST      UNSECURED        NOT FILED           .00            .00
DEPENDON COLLECTION        UNSECURED        NOT FILED           .00            .00
ER SOLUTIONS INC           UNSECURED        NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED           448.09           .00            .00
PARK DANSAN                UNSECURED        NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED        NOT FILED           .00            .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED           .00            .00
GREEN TREE SERVICING LLC   MORTGAGE ARRE     9658.38            .00         291.37
ILLINOIS DEPT OF REVENUE   PRIORITY          1478.06            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED          311.13            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,481.50                      3,481.50
TOM VAUGHN                 TRUSTEE                                           408.15
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                5,181.98
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20464 LARTEES R STUBBLEFIELD

```
PRIORITY                                                            .00
SECURED                                                          868.28
    INTEREST                                                     424.05
UNSECURED                                                           .00
ADMINISTRATIVE                                                 3,481.50
TRUSTEE COMPENSATION                                             408.15
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                         5,181.98          5,181.98
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/24/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 07 B 20464 LARTEES R STUBBLEFIELD